Daniel J. BERNHARDT, Respondent,

v.

Mary E. HOWE (Bernhardt),
Appellant.

No. WD 69089.

Missouri Court of Appeals,
Western District.

Jan. 13, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 3, 2009.

Application for Transfer Denied
May 5, 2009.

Mary E. Howe (Bernhardt), Clive, IA,
pro se.

Daniel J. Bernhardt, Kansas City, pro
se.

Before JOSEPH P. DANDURAND,
P.J., HAROLD L. LOWENSTEIN and
JAMES M. SMART, JJ.

## ORDER

PER CURIAM:

Mary E. Howe appeals the judgment of
the Circuit Court of Platte County regarding the distribution of proceeds from the
sale of certain marital property pursuant
to a decree of dissolution. Because a published opinion would have no precedential
value, a memorandum has been provided
to the parties. The judgment is affirmed.
Rule 84.16(b).